STATE EX REL. MURRAY, Petitioner, vs. REIS, Circuit Judge, and another, Respondents.

*September 16—October 11, 1949.*

*Kersten & McKinnon* of Milwaukee, for the petitioner.

The *Attorney General, Stewart G. Honeck,* deputy attorney general, and *Robert W. Arthur,* district attorney of Dane county, for the respondent state.

*Alvin C. Reis, in pro. per.*

FAIRCHILD, J.    The affidavit of prejudice was clearly defective.    Therefore, at the time of entering the order to suppress the adverse examination, the court, as then constituted with the Hon. ALVIN C. REIS presiding, had jurisdiction to rule upon the matter.    There was no valid and effective objection to the venue then laid.

With reference to the point attempted to be made that the judge disqualified himself by accepting petitioner's objectionable affidavit, it appears that the jurisdiction to rule upon the

motion was not affected by anything then occurring. He said, "the court will accept Senator Murray's statement that he cannot have a fair trial before me, but the court considers that the affidavit is not going to block me out from ruling on this preliminary question of law upon which my ruling cannot hurt the defendant whatsoever, even if it is against him, because it is a ruling on a question of law and I cannot, legally, be any more prejudiced on a question of law than can any judge in Wisconsin and, if I am wrong, the ruling is thoroughly reviewable before the supreme court of Wisconsin and its seven justices."

*By the Court.*—Application denied.